No. 1121, Misc. RILEY *v.* RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied. *John J. O'Connell,* Attorney General of Washington, and *William E. Howard,* Assistant Attorney General, for respondent.

No. 1137, Misc. BEACHUM *v.* NEW MEXICO; and

No. 1138, Misc. WILLIAMS *v.* NEW MEXICO. Sup. Ct. N. M. Certiorari denied. *Boston E. Witt,* Attorney General of New Mexico, for respondent in both cases. Reported below: 78 N. M. 390, 432 P. 2d 101.

No. 1147, Misc. DEESE *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. *Jack P. F. Gremillion,* Attorney General of Louisiana, and *William P. Schuler,* Assistant Attorney General, for respondent.

No. 1148, Misc. WADDY *v.* RUSSELL, WARDEN. C. A. 6th Cir. Certiorari denied. *Karl P. Warden* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *Ed R. Davies* for respondent.

No. 1130, Misc. OLDHAM *v.* BISHOP, PENITENTIARY SUPERINTENDENT. C. A. 8th Cir. Certiorari denied. *Joe Purcell,* Attorney General of Arkansas, and *Don Langston,* Assistant Attorney General, for respondent.

No. 1236, Misc. SUTTON *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. *Charles W. Tessmer* for petitioner. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *Robert C. Flowers* and *Lonny F. Zwiener,* Assistant Attorneys General, and *A. J. Carubbi, Jr.,* for respondent.